## GUNTER v. STATE.
### No. 22639.

Court of Criminal Appeals of Texas.

Dec. 1, 1943.

H. S. Beard, of Waco, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

The appellant was convicted of forgery, and sentenced to serve a term of two years in the penitentiary.

The record contains neither statement of facts nor bills of exceptions, in the absence of which no question is presented for review. The indictment and all matters of procedure appear regular.

The judgment of the trial court is affirmed.